UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BANK OF AMERICA, N.A.,

    Plaintiff,

v.

KETURAH MIXON, et al.,

    Defendants.
_____/

Case No. 1:21-cv-430

HON. JANET T. NEFF

**ORDER**

    This is a civil action involving a *pro se* litigant.  Defendant Keturah Mixon filed a Motion to Dismiss (ECF No. 14).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on December 22, 2021 (ECF No. 47), recommending that this Court deny the motion, and that it find that: (1) diversity jurisdiction exists over Plaintiff's claim; and (2) Defendant Kingdom Warriors Ministry is a fictitious entity that cannot be served with process.  The Report and Recommendation was duly served on Plaintiff and Defendant Keturah Mixon.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

    **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 47) is APPROVED and ADOPTED as the Opinion of the Court.

    **IT IS FURTHER ORDERED** that the Motion to Dismiss (ECF No. 14) is DENIED.

    **IT IS FURTHER ORDERED** that this Court finds that: (1) diversity jurisdiction exists over Plaintiff's claim; and (2) Defendant Kingdom Warriors Ministry is a fictitious entity that

cannot be served with process.  Defendant Kingdom Warriors Ministry is TERMINATED from this action.

**IT IS FURTHER ORDERED** that Defendant Keturah Mixon shall, not later than February 3, 2022, file an answer to Plaintiff's Complaint.

Dated: January 18, 2022                                                  /s/ Janet T. Neff
                                                                                          JANET T. NEFF
                                                                                          United States District Judge