UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BANK OF AMERICA, N.A.,

      Plaintiff,                                        Hon. Janet T. Neff

v.                                                       Case No. 1:21-cv-430

KETURAH MIXON, et al.,

      Defendants.
_____/

**ORDER**

      The Court has before Plaintiff Bank of America's (BOA) Motion to Interplead Settlement Proceeds (ECF No. 152), pursuant to which BOA seeks to deposit $25,000.00 in settlement funds in this Court pursuant to Federal Rule of Civil Procedure 22 or, alternatively, Federal Rule of Civil Procedure 67(a).

      The circumstances giving rise to the motion are as follows. After the Court denied Defendant's objections to the June 6, 2023 Report and Recommendation (R&R) (ECF No. 123) recommending that the Court deny Defendants' motion to withdraw from the settlement and adopted the R&R with modifications, the United States served writs of garnishment on BOA in connection with the restitution order in Defendants' criminal case. (ECF No. 152-2.) In addition, BOA learned that the trustee in Defendant Keturah Mixon's bankruptcy case had filed a motion for turnover of her share of the settlement proceeds. (ECF No. 152-1.) Thus, faced with competing claims to the settlement funds from the United States and the bankruptcy trustee, BOA sought relief here.

      The motion is **DENIED** as improvidently filed in this Court. As BOA acknowledges in its motion, the trustee's turnover motion asserts that Defendant Keturah Mixon's share of the

settlement funds are part of the bankruptcy estate—an issue the bankruptcy court must decide. Thus, because the bankruptcy court will resolve the issue, BOA should have filed its action motion to interplead the funds with the bankruptcy court. BOA may refile its motion with the bankruptcy court in Case No. 22-01931.

**IT IS SO ORDERED**.

Dated: February 6, 2024                              /s/ Sally J. Berens
                                                     SALLY J. BERENS
                                                     U.S. Magistrate Judge